# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICKSTEIN SHAPIRO LLP** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | **Case No. 1:08-cv-00226-PLF** |
| ) | |
| **DEPARTMENT OF DEFENSE,** *et al.,* ) | |
| ) | |
| *Defendants.* ) | |

## AFFIDAVIT OF SERVICE

| WASHINGTON, | ) | |
|---|---|---|
| | ) | ss.: |
| DISTRICT OF COLUMBIA | ) | |

I, Lisa M. Kaas, being duly sworn, depose and say:

1.  I am employed as an Associate with the law firm of Dickstein Shapiro LLP, whose address is 1825 Eye Street, NW, Washington, DC 20006-5403.

2.  On February 27, 2008, I submitted to my firm's mailroom for mailing via United States Postal Service *certified mail* four (4) packages containing summonses issued by the Clerk of Court on that date (attached hereto as Ex. 1), together with copies of the Complaint in this action and accompanying forms. It has come to my attention that these packages inadvertently were mailed on that date by United States Postal Service *first class* mail.

3.  Therefore, the next day, February 28, 2008, I served four (4) summonses re-issued by the Clerk of Court on that date (attached hereto as Ex. 2), together with copies of the Complaint in this action and accompanying forms, by United States Postal Service certified mail to the following addressees as stated on the Summonses/Returns of Service:

a.  Department of Defense
    Office of Freedom of Information
    1155 Defense Pentagon
    Washington, DC 20301-1155

b.  Department of the Navy
    Naval Criminal Investigative Service
    Headquarters
    716 Sicard Street, SE, Suite 2000
    Washington Navy Yard, DC 20388-5380

c.  Hon. Michael B. Mukasey
    Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

d.  Jeffrey A. Taylor
    United States Attorney for the District of Columbia
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

4.   The certified mail receipts for the service on February 28, 2008 of these four (4)

packages are attached to the Summonses/Returns of Service included in Exhibit 2.  My firm's

mailroom initially advised me that the certified mail postage for these packages would be $5.21

each, but in fact it was $6.28 each.  To that extent, my declarations dated February 28, 2008 are

incorrect as to the Statement of Service Fees.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Lisa M. Kaas

Subscribed and sworn to before me
this 27 day of February, 2008.

Notary Public

My commission expires:

Penny Chanin
Notary Public District of Columbia
My Commission Expires: March 14, 2011

DSMDB-2402206v01

# EXHIBIT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

DEPARTMENT OF DEFENSE
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 7 2008

CLERK                                       DATE

_(By) DEPUTY CLERK_

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2/27/08 |
| NAME OF SERVER *(PRINT)*  Lisa M. Kaas | TITLE  Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  By U.S.P.S. Certified Mail to:
Dep't of Defense Office of Freedom of Information
1155 Defense Pentagon
Washington DC 28301-1155

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $5.21 postage | TOTAL  $5.21 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/27/08
              Date

*Signature of Server*

Dickstein Shapiro LLP
1825 Eye Street, NW

*Address of Server*
Washington, DC 20006-5403

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

DEPARTMENT OF THE NAVY
Naval Criminal Investigative Service
Headquarters
716 Sicard Street, SE, Suite 2000
Washington Navy Yard, DC 20388-5380

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 7 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/27/08 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* Lisa M. Kaas | TITLE Associate, Dickstein Shapiro LLP |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): By U.S.P.S. Certified Mail to:
    Dep't of the Navy, Naval Criminal Investigative Service
    Headquarters
    716 Sicard Street, SE, Ste. 2000, Washington Navy Yard, DC
    20388-5380

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.21 postage | TOTAL $5.21 |
|---|---|---|

## DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/27/08
           *Date*                *Signature of Server*

                       Dickstein Shapiro LLP
                       1825 Eye Street, NW
                       *Address of Server* Washington, DC 20006-5403

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

Hon. Michael B. Mukasey
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 FEB 27 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2/27/08 |
| NAME OF SERVER *(PRINT)*   Lisa M. Kaas | TITLE   Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):   By U.S.P.S. Certified Mail to:
Hon. Michael B. Mukasey, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington DC 20530-0001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $5.21 postage | TOTAL  $5.21 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/27/08
_____          _____
Date                              Signature of Server

Dickstein Shapiro LLP
1825 Eye Street, NW
_____
Address of Server

Washington, DC 20006-5403

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 2 7 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/27/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lisa M. Kaas | Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):  By U.S.P.S. Certified Mail to:
Jeffrey A. Taylor, U.S. Attorney for D.C.
United States Attorney's Office,
555 4th Street, NW, Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.21 postage | $5.21 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/27/08
                   Date

*Signature of Server*

Dickstein Shapiro LLP
1825 Eye Street, NW
*Address of Server*
Washington, DC 20006-5403

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:     1:08-cv-00226-PLF

TO: (Name and address of Defendant)

DEPARTMENT OF DEFENSE
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 8 2008

_____                _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/28/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lisa M. Kaas | Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): By U.S.P.S. Certified Mail to:
Department of Defense, Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.21 postage | $5.21 postage |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/08
       Date        *Signature of Server*

Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1·48 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.28 |

Sent To *Department of Defense*
Street, Apt. No.; or PO Box No. *1155 Defense Pentagon*
City, State, ZIP+4 *WDC 20301-1155*

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0002 9970 3362

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

DEPARTMENT OF THE NAVY
Naval Criminal Investigative Service
Headquarters
716 Sicard Street, SE, Suite 2000
Washington Navy Yard, DC 20388-5380

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 2 8 2008

_____
CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/28/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lisa M. Kaas | Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   By U.S.P.S. Certified Mail to:
Department of the Navy, Naval Criminal Investigative
Service, Headquarters
716 Sicard Street, SE, Ste. 2000, Washington, DC 20388-5380

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.21   postage | $5.21 |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/08
           Date

              *Signature of Server*

              Dickstein Shapiro LLP
              1825 Eye Street, NW
              Washington, DC 20006-5403
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



P Johnson

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

FEB 28 2008

Sent To *Department of the Navy*
Street, Apt. No.; or PO Box No. *716 Sicard St, SE #2000*
City, State, ZIP+4 *WDC 20388-5380*

7006 2150 0000 9970 3355

PS Form 3800, August 2006                See Reverse for Instructions

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

Hon. Michael B. Mukasey
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 2 8 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/28/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lisa M. Kaas | Associate, Dickstein Shapiro LLP |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): By U.S.P.S. Certified Mail to:
Hon. Michael B. Mukasey, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.21 postage | $5.21 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/28/08___    _____
           Date                  *Signature of Server*

Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DICKSTEIN SHAPIRO LLP

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF DEFENSE, ET AL.

CASE NUMBER:    1:08-cv-00226-PLF

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 8 2008

CLERK                                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/28/08 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* Lisa M. Kaas | TITLE Associate, Dickstein Shapiro LLP |
|---|---|

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: _____

G ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G ☐ Returned unexecuted: _____

G ☑ Other (specify): By U.S.P.S. certified mail to:
Jeffrey A. Taylor, U.S. Attorney for the District of Columbia
United States Attorney's Office, 555 4th Street, NW
Washington, DC 20530

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.21 postage | TOTAL $5.21 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/28/08
_____
Date

_____
*Signature of Server*

Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™** P. Johnson
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

Sent To Jeffrey A. Taylor
Street, Apt. No.; or PO Box No. 555 4th Street, NW
City, State, ZIP+4 WDC 20530

7006 2150 0002 9970 3331

PS Form 3800, August 2006                    See Reverse for Instructions

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, a true and correct copy of the foregoing Affidavit of Service and attached exhibits were served by United States Postal Service certified mail to the following:

Department of Defense
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

Department of the Navy
Naval Criminal Investigative Service
Headquarters
716 Sicard Street, SE, Suite 2000
Washington Navy Yard, DC 20388-5380

Hon. Michael B. Mukasey
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Paula Johnson

DSMDB-2402206v01