UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
DICKSTEIN SHAPIRO, LLP,                )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )   Civil Action No. 08-0226 (PLF)
                                       )
UNITED STATES DEPARTMENT               )
    OF DEFENSE, *et al.*,              )
                                       )
        Defendants.                    )
_____)

ORDER

Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act. The matter is now before the Court on defendants' answer. In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Local Civil Rule 16.3(b), however, exempts FOIA actions from these requirements. See LCvR 16.3(b). It is the Court's experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the part of the parties because such cases invariably are decided by motion.

The Court has reviewed the complaint and the answer. In the answer, defendants request that the Court "enter judgment dismissing this case with prejudice." Because defendants have not filed a dispositive motion such as a motion to dismiss or a motion for summary judgment, the Court cannot consider defendants' request. Accordingly, it is hereby

ORDERED that defendants shall file a dispositive motion on or before May 9, 2009. No extensions of time will be granted except for good cause shown.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 9, 2008

2