IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08-0226 (PLF) |
| v. | ) |
| DEPARTMENT OF DEFENSE<br>Office of Freedom of Information, | ) |
| and | ) |
| DEPARTMENT OF THE NAVY<br>Naval Criminal Investigative Service Hdqtrs, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendants United States Department of Defense ("DoD") and Department of the Navy, by and through undersigned counsel, respectfully move this Court, pursuant to Local Civil Rule 16.1(b), for an extension until August 6, 2008 to file defendants' dispositive motion or other request for relief concerning documents regarding Salah Ali Abdullah Ahmed Al Salami ("Al Salami").

**Background**

This action concerns plaintiff's FOIA request to defendants for information about Mr. Al Salami, who was a foreign national and who was detained by DoD at the Guantanamo Naval Base as an enemy combatant. On or about June 10, 2006, Mr. Al Salami and two other detainees died in DoD custody at Guantanamo. Plaintiff submitted a FOIA request to DoD's Office of Freedom of Information ("DoD OFI") seeking:

> all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the detention at Guantanamo Bay, Cuba, of Salah Ali Abdullah Ahmed Al Salami, whose ISN at Guantanamo was 693, as well as all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the death of Salah Ali Abdullah Ahmed Al Salami, ISN 693, at Guantanamo Bay in June 2006

Complaint, Ex. 1.

Defendants' dispositive motion or other request for relief regarding documents related to Mr. Al Salami is currently due on May 9, 2008.

**Proposed Briefing Schedule Revision**

Defendants respectfully request an extension to file their dispositive motion or other request for relief on or before August 6, 2008.[1]  Plaintiff has consented to an extension until June 6, 2008 for filing defendants' dispositive motion.  Plaintiff maintains that a dispositive motion should be filed on June 6, 2008.

Defendants have explained to plaintiff that DoD will likely soon close its investigation into the suicides, subject to certain formal actions being taken in the matter .  Hence, defendants no longer intend to assert  a blanket exemption to production of the suicide documents pursuant to 5 U.S.C. 552(b)7(A) due to any ongoing nature of the investigation .  Because re-processing of the suicide documents for possible production to plaintiff under FOIA, subject to applicable exemptions and other defenses, is necessary, however, defendants will not be in a position to file a dispositive motion on June 6, 2008.  Rather,  additional time will be needed to complete this re-

---

[1] In a parallel proceeding, *Davis v. United States Department of Defense,* 07-492, W.D.N.C. (Judge Robert J. Conrad), and in response to a similar request for relief, Magistrate Judge Horn ruled on May 6, 2008 that defendant should file its dispositive motion and/or other request for relief on or before August 6, 2008.

processing.

While defendant had hoped to be in a position to inform the Court and plaintiff in its filing currently due on May 9, 2007, of an appropriate schedule needed for re-processing of the suicide documents in light of the pending closure of the investigation and for a dispositive motion, undersigned counsel, William B. Jaffe, who has been assigned to this matter at the Department of Justice, must take time off to travel to New Jersey to care for his ailing 84-year old mother who is a widow, and who is in urgent need of hospitalization.  Mr. Jaffe has no siblings or anyone else who can assist with his mother's care at this time.  Accordingly, additional time is needed for defendant's filing.  The additional time requested will address counsel's situation and will also permit defendant to provide the Court and plaintiff with more accurate information regarding the re-processing of the suicide documents.  Accordingly, defendants propose the above schedule be adopted in accordance with the attached proposed scheduling order.

WHEREFORE, based on the foregoing, defendants respectfully request the Court to adopt the above proposed schedule in accordance with the attached proposed scheduling order.

Dated: May 7, 2008

        Respectfully submitted,

        GREGORY G. KATSAS
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        TERRY HENRY
        Senior Trial Counsel

        s/ William B. Jaffe (Electronic Filing)
        WILLIAM B. JAFFE  (New York Bar)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6110
Washington, D.C.  20530
Tel.: (202) 353-7633
Fax: (202) 616-8460
Email: William.Jaffe@usdoj.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DICKSTEIN SHAPIRO LLP, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-0226 (PLF) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF DEFENSE ) | |
| Office of Freedom of Information, ) | |
| ) | |
| and ) | |
| ) | |
| DEPARTMENT OF THE NAVY ) | |
| Naval Criminal Investigative Service Hdqtrs, ) | |
| ) | |
| Defendants. ) | |

Defendants' motion for an enlargement of time, as described below, is GRANTED. The parties will proceed pursuant to the following schedule:

On or before August 6, 2008, defendants will file their dispositive motion or other request for relief .

So Ordered.

Dated: May __, 2008

_____
HON. PAUL L. FRIEDMAN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, a true and correct copy of the foregoing Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

David L. Engelhardt, Esq.
Lisa M. Kaas, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006

*Counsel for Plaintiff*


Dated: May 7, 2008

                                             s/ William B. Jaffe
                                             WILLIAM B. JAFFE