David L. Engelhardt (DC429886)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DICKSTEIN SHAPIRO LLP**,   *Plaintiff*,  v.  **DEPARTMENT OF DEFENSE**, *et al.*,   *Defendants*. | Case No. 1:08-cv-00226-PLF |

**PLAINTIFF'S CONSENT IN PART AND OPPOSITION IN PART TO DEFENDANTS'
MOTION FOR ENLARGEMENT OF TIME AND OTHER RELIEF**

On April 10, 2008, the Court ordered Defendants to file a dispositive motion by May 9, 2008 (Doc. No. 6).  Given Defense counsel's family emergency, Plaintiff has consented to an extension of time through June 6, 2008, which is all of the time that Defense counsel requested in connection with the family emergency.  The present motion seeks still more time, however, and for reasons that appear to be unconnected to the family emergency; it also seeks to avoid Defendants' obligation to file a dispositive motion at all, and to allow Defendants to move instead for unspecified "other. . . relief."  (Defs.' Mot. for Enlargement of Time 1.)

Defendants' stated reasons for these further modifications and delays are not sufficient.  Defendants claim to be terminating their investigation of the death of Al Salami, the

subject of this FOIA action. The supposed pendency of that investigation was once the basis of Defendant's refusal to produce anything in response to Plaintiff's FOIA request. Defendants now claim to need *three months* to formulate additional exemptions and defenses to their FOIA obligations. This extension far exceeds the government's time to respond to an *original* FOIA request, see 5 USC 552(a)(6)(A)(i), let alone a request that has been pending for nearly nine months. Defendants should assert their latest exemptions and defenses in a dispositive motion on June 6, 2008. Further, the Court should require the filing of a *dispositive* motion, and not allow a request for "other," lesser relief that will only delay the dispositive motion to some even later date.

In short, the Court should not permit Defendants to delay a decision on the merits, and through it, the public's access to the truth surrounding the violent death of a detainee in Defendants' extra-Constitutional custody. For these reasons, Plaintiff consents to an extension of time for filing a dispositive motion, but asks the Court to require the filing of such a motion by June 6, 2008.

Dated: May 7, 2008                               Respectfully submitted,

                                                 DICKSTEIN SHAPIRO LLP

                                                 /s/ David L. Engelhardt
                                                 David L. Engelhardt (DC429886)
                                                 1825 Eye Street NW
                                                 Washington, DC 20006-5403
                                                 Telephone: (202) 420-2200
                                                 Facsimile: (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, a true and correct copy of the foregoing Consent in Part and Opposition in Party to Defendants' Motion for Enlargement of Time and Other Relief was served via ECF upon defendants' counsel of record at the address listed below:

William B. Jaffe, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW.
Washington, D.C. 20530

*Counsel for Defendants*

Dated: May 7, 2008

/s/ David L. Engelhardt
David L. Engelhardt
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICKSTEIN SHAPIRO LLP**      )<br>                                                        )<br>    *Plaintiff*,                              )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>**DEPARTMENT OF DEFENSE**, *et al.*,   )<br>                                                        )<br>    *Defendants*.                          )<br>                                                        ) | Case No. 1:08-cv-00226-PLF |

**[PROPOSED] ORDER**

Defendants' motion for an enlargement of time and other relief is DENIED in part and GRANTED in part. On or before June 6, 2008, defendants will file their dispositive motion.

So Ordered.

Dated: May __, 2008

_____
HON. PAUL L. FRIEDMAN
United States District Judge

DSMDB-2437172v01