IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DICKSTEIN SHAPIRO LLP, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-CV-0226 (PLF) |
| v. | ) ) | |
| DEPARTMENT OF DEFENSE, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for defendants in the above-named case.

Dated: June 12, 2008

Respectfully submitted,

 /s/ *Terry M. Henry*
TERRY M. HENRY
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

One of the Attorneys for Defendants