IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP,               )<br>                                                            )<br>                    Plaintiff,           )<br>                                                            )    Civil Action No. 08-CV-0226 (PLF)<br>             v.                                          )<br>                                                            )<br>DEPARTMENT OF DEFENSE, *et al.*   )<br>                                                            )<br>                    Defendants.      )<br>                                                            ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME
FOR FILING OF DEFENDANT'S DISPOSITIVE MOTION**

Defendants United States Department of Defense ("DoD") and Department of the Navy, by and through undersigned counsel, respectfully move for an extension of time until August 15, 2008, for filing of defendants' dispositive motion in this case. Counsel for plaintiff consents to the requested extension. In further support of this motion, defendants state as follows:

1.  This action concerns a Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") request to defendants for:

    all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the detention at Guantanamo Bay, Cuba, of Salah Ali Abdullah Ahmed Al Salami, whose ISN at Guantanamo was 693, as well as all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the death of Salah Ali Abdullah Ahmed Al Salami, ISN 693, at Guantanamo Bay in June 2006.

Complaint, Ex. 1 (dkt. no. 1). Mr. Al Salami was a foreign national detained by DoD as an enemy combatant at the United States Naval Base at Guantanamo Bay, Cuba. On or about June 10, 2006, Mr. Al Salami and two other detainees died at Guantanamo.

2. With respect to certain aspects of the FOIA request relating to Mr. Al Salami's death, defendants previously withheld documents pursuant to Exemption 7(A), 5 U.S.C. § 552(b)(7)(A), in light of a then on-going investigation into the deaths of Mr. Al Salami and the other two detainees. *See* Complaint, Ex. 7. The investigation, however, recently concluded to the point that defendants no longer intend to assert that exemption in a blanket fashion, such that responsive documents can be further processed for possible release under FOIA.

3. In light of this change of circumstances, DoD recently provided counsel for plaintiff with an estimate of fees authorized under FOIA respecting the processing of plaintiff's request. *See* 5 U.S.C. § 552(a)(4)(A); 32 C.F.R. § 286.28.

4. The parties yesterday resolved the fees issue as to the entirety of plaintiff's June 14, 2007 FOIA request so that processing of documents potentially responsive to plaintiff's request may be completed. Upon receipt of the agreed-upon fees from plaintiff, defendants will expeditiously process and produce non-exempt, responsive materials to plaintiff. *See Oglesby v. Dep't of Army*, 920 F.2d 57, 66 (D.C. Cir. 1990); *see also Pollack v. Dep't of Justice*, 49 F.3d 115, 119-120 (4th Cir. 1995) (compliance with agency fee requirements prerequisite to completion of processing of FOIA request).

5. Defendant's dispositive motion is currently due June 13, 2006, *see* Minute Order (entered May 13, 2008). Additional time is needed, however, to complete processing of documents potentially responsive to plaintiff's request and for filing of defendant's dispositive motion in this matter.

6. The parties have agreed to an extension until August 15, 2008, for the filing of defendants' dispositive motion.

Accordingly, defendants, with the consent of plaintiff, request that the Court extend the time for filing of defendant's dispositive motion to August 15, 2008. A proposed order is attached.

Dated: June 12, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 /s/ *Terry M. Henry*
TERRY M. HENRY
Senior Trial Counsel
WILLIAM B. JAFFE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0226 (PLF) |

**O R D E R**

Defendants' Stipulated Motion for Extension of Time for Filing of Defendant's Dispositive Motion is hereby GRANTED. Defendants will file their dispositive motion on or before August 15, 2008.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

Dated: June \_\_\_\_, 2008