# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-0226 (PLF) |
| v. ) | |
| ) | |
| DEPARTMENT OF DEFENSE ) | |
| Office of Freedom of Information, ) | |
| ) | |
| and ) | |
| ) | |
| DEPARTMENT OF THE NAVY ) | |
| Naval Criminal Investigative Service Hdqtrs, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME
FOR FILING DEFENDANT'S DISPOSITIVE MOTION**

With plaintiff's consent, defendants United States Department of Defense ("DoD") and Department of the Navy, by and through undersigned counsel, respectfully move this Court, pursuant to Local Civil Rule 16.1(b), for an extension until August 22, 2008 to file defendants' dispositive motion concerning documents regarding Salah Ali Abdullah Ahmed Al Salami ("Al Salami").

**Background**

This action concerns plaintiff's FOIA request to defendants for information about Mr. Al Salami, who was a foreign national detained by DoD at the Guantanamo Naval Base as an enemy combatant. On or about June 10, 2006, Mr. Al Salami and two other detainees died in DoD custody at Guantanamo. Plaintiff submitted a FOIA request to DoD's Office of Freedom of

Information ("DoD OFI") seeking:

> all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the detention at Guantanamo Bay, Cuba, of Salah Ali Abdullah Ahmed Al Salami, whose ISN at Guantanamo was 693, as well as all documents, including but not limited to photographs, video tapes, memoranda, reports, and electronic mail or other digital media, relating in any way to the death of Salah Ali Abdullah Ahmed Al Salami, ISN 693, at Guantanamo Bay in June 2006

Complaint, Ex. 1.

Defendants' dispositive motion regarding documents related to Mr. Al Salami is currently due on August 15, 2008.

**Proposed Briefing Schedule Revision**

The parties have agreed to a one week extension, until August 22, 2008, for filing of defendant's dispositive motion, which would make defendant's dispositive motion due on or before August 22, 2008. This is the third request for an extension. Defendant anticipates delivery of the redacted documents in question to plaintiff by August 15, 2008.

Following the Supreme Court's admonition that Guantanamo detainees' habeas cases be heard promptly, *see Boumediene v. Bush,* 128 S.Ct. 2229, 2275 (2008), Judge Thomas F. Hogan, the judge to whom most of the Guantanamo detainee habeas cases have been transferred for coordination and management, ordered the government to give the habeas cases high priority. Similarly, Judge Richard J. Leon, who has elected not to participate in the joint coordination of Guantanamo detainee habeas cases, has indicated that he will set an accelerated schedule to resolve by the end of this year the twelve habeas cases (involving 35 detainees) pending before

him. Because of the priority given to the Guantanamo habeas cases, which require use of the same resources as the present FOIA case, DoD respectfully requests one additional week to complete the multiple declarations in support of this motion. Thus, DoD respectfully moves this Court for an extension until August 22, 2008 to file its dispositive motion in this FOIA action.

Accordingly, defendants propose the above schedule be adopted in accordance with the attached proposed scheduling order.

WHEREFORE, based on the foregoing, defendants respectfully request the Court to adopt the above proposed schedule in accordance with the attached proposed scheduling order.

Dated: August 12, 2008

>Respectfully submitted,
>
>GREGORY G. KATSAS
>Assistant Attorney General
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>ELIZABETH J. SHAPIRO
>Assistant Branch Director
>
> s/ William B. Jaffe (Electronic Filing)
>WILLIAM B. JAFFE (New York Bar)
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue N.W.  Room 6110
>Washington, D.C.  20530
>Tel.: (202) 353-7633
>Fax: (202) 616-8460
>Email: William.Jaffe@usdoj.gov
>Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-0226 (PLF) |
| v. ) | |
| ) | |
| DEPARTMENT OF DEFENSE ) | |
| Office of Freedom of Information, ) | |
| ) | [PROPOSED] ORDER |
| and ) | |
| ) | |
| DEPARTMENT OF THE NAVY ) | |
| Naval Criminal Investigative Service Hdqtrs, ) | |
| ) | |
| Defendants. ) | |

Defendants' motion for an enlargement of time, as described below, is GRANTED. The parties will proceed pursuant to the following schedule:

On or before August 22, 2008, defendants will file their dispositive motion.

So Ordered.

Dated: August 12, 2008

_____
HON. PAUL L. FRIEDMAN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a true and correct copy of the foregoing Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

David L. Engelhardt, Esq.
Lisa M. Kaas, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006

*Counsel for Plaintiff*


Dated: August 12, 2008

                                           <u>s/ William B. Jaffe</u>
                                           WILLIAM B. JAFFE