David L. Engelhardt (DC429886)
Lisa M. Kaas (DC492302)
Erin C. Wilcox (DC982059)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICKSTEIN SHAPIRO LLP** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00226-PLF |
| ) | |
| **DEPARTMENT OF DEFENSE**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF ENTRY OF APPEARANCES

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(a), Lisa M. Kaas (DC492302) and Erin C. Wilcox (DC982059) hereby enter their appearances as counsel for Plaintiff Dickstein Shapiro LLP in the above-captioned action.  Their contact information appears below:

>Lisa M. Kaas (DC492302)
>Erin C. Wilcox (DC982059)
>DICKSTEIN SHAPIRO LLP
>1825 Eye Street, NW
>Washington, DC 20006-5403
>Tel. (202) 420-2200
>Fax (202) 420-2201
>KaasL@dicksteinshapiro.com
>WilcoxE@dicksteinshapiro.com

2

Dated: August 19, 2008                                Respectfully submitted,

                                                      DICKSTEIN SHAPIRO LLP


                                                          /s/ Lisa M. Kaas
                                                      David L. Engelhardt (DC429886)
                                                      Lisa M. Kaas (DC492302)
                                                      Erin C. Wilcox (DC982059)
                                                      1825 Eye Street, NW
                                                      Washington, DC  20006-5403
                                                      Tel. 202-420-2200
                                                      Fax 202-420-2201

                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2008, a true and correct copy of the foregoing *Notice of Entry of Appearances* was electronically filed and served on counsel below via the Court's CM-ECF system:

**William B. Jaffe**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20035

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044

                                                /s/ Lisa M. Kaas
                                                Lisa M. Kaas