UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DICKSTEIN SHAPIRO LLP**            )<br>                                                              )<br>     *Plaintiff*,                                  )<br>                                                              )<br>*v.*                                                       )<br>                                                              )<br>**DEPARTMENT OF DEFENSE**, *et al.*,  )<br>                                                              )<br>     *Defendants*.                            )<br>_____) | Case No. 1:08-cv-00226-PLF |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff and Defendants, by and through undersigned counsel, respectfully move this Court for a short extension of time for further briefing related to Defendants' Motion for Summary Judgment filed August 22, 2008 (Doc. # 13). The parties desire to set a mutually convenient schedule for briefs in opposition and reply and have agreed to the dates set forth below:

1. Plaintiff's brief in opposition to Defendants' Motion for Summary Judgment shall be filed on or before **September 19, 2008**.

2. Defendants' reply brief in support of their Motion for Summary Judgment shall be filed on or before **October 3, 2008**.

Plaintiff and Defendants jointly request that the Court grant this motion and enter the attached order.

///

///

Dated:  August 26, 2008        Respectfully submitted,

                   /s/ Lisa M. Kaas
             David L. Engelhardt (DC429886)
             Lisa M. Kaas (DC492302)
             DICKSTEIN SHAPIRO LLP
             1825 Eye Street, NW
             Washington, DC  20006-5403
             Tel. 202-420-2200
             Fax 202-420-2201

             *Counsel for Plaintiff*


                  /s/ William B. Jaffe
             William B. Jaffe
             U.S. DEPARTMENT OF JUSTICE
             Federal Programs Branch, Civil Division
             20 Massachusetts Avenue, NW
             Washington, DC  20530
             Tel. 202-353-7633
             Fax 202-616-8460

             *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICKSTEIN SHAPIRO LLP** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00226-PLF |
| ) | |
| **DEPARTMENT OF DEFENSE**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND SETTING BRIEFING SCHEDULE**

The Joint Motion For Extension of Time filed by the parties on August 26, 2008 is hereby GRANTED and the following briefing schedule is set:

1. Plaintiff's brief in opposition to Defendants' Motion for Summary Judgment (Doc. # 13) is due on or before **September 19, 2008**.

2. Defendants' reply brief in support of their Motion for Summary Judgment is due on or before **October 3, 2008**.

SO ORDERED.

_____
Hon. Paul L. Friedman
Judge, United States District Court

DATED: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2008, a true and correct copy of the foregoing *Joint Motion for Extension of Time and Proposed Order* was electronically filed and served on counsel below via the Court's CM-ECF system:

**William B. Jaffe**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20035

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044

        /s/ Lisa M. Kaas
        Lisa M. Kaas