David L. Engelhardt (DC429886)
Lisa M. Kaas (DC492302)
Erin C. Wilcox (DC982059)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DICKSTEIN SHAPIRO LLP** ) | |
|                                    ) | |
| *Plaintiff*, ) | |
|                                    ) | |
| v.                              ) | Case No. 1:08-cv-00226-PLF |
|                                    ) | |
| **DEPARTMENT OF DEFENSE,** *et al.*, ) | |
|                                    ) | |
| *Defendants*. ) | |

**PLAINTIFF'S CROSS-MOTION FOR *IN CAMERA* REVIEW**

In connection with its opposition to Defendants' Motion for Summary Judgment in this Freedom of Information Act ("FOIA") case, Plaintiff Dickstein Shapiro LLP hereby moves this Court for an order, pursuant to 5 U.S.C. § 552(a)(4)(B), granting *in camera* review of the records Defendants have withheld from disclosure.  *In camera* review is necessary in this case to enable the Court to evaluate the applicability of Defendants' claimed FOIA exemptions.

In support of this motion, Plaintiff relies upon the accompanying memorandum of points and authorities and all of the Court's files and records in this case, including Defendants' Statement of Material Facts and *Vaughn* indices and declarations.  A proposed order is attached.

2

Dated: September 22, 2008                              Respectfully submitted,

                                                       DICKSTEIN SHAPIRO LLP


                                                          /s/ Lisa M. Kaas
                                                       David L. Engelhardt (DC429886)
                                                       Lisa M. Kaas (DC492302)
                                                       Erin C. Wilcox (DC982059)
                                                       1825 Eye Street, NW
                                                       Washington, DC  20006-5403
                                                       Tel. 202-420-2200
                                                       Fax 202-420-2201

                                                       *Counsel for Plaintiff*

2

DSMDB-2499206v01