```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

DICKSTEIN SHAPIRO LLP,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:08CV226
                                                              (STAMP)

DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE NAVY,

      Defendants.

### ORDER SCHEDULING TELEPHONIC STATUS AND SCHEDULING CONFERENCE

      The undersigned judge is presiding over this case by assignment. For reasons appearing to the Court, this Court finds that it would be beneficial to hold a status and scheduling conference in this matter. Accordingly, it is therefore ORDERED that the parties, by counsel, appear by telephone before the Court at the Wheeling point of holding Court for a telephonic status and scheduling conference on **December 17, 2009 at 10:00 a.m.**

      Plaintiff's counsel shall (1) advise the Court as soon as possible before the hearing of the name of the attorney who will initiate the conference call and the names of all attorneys appearing by telephone; and (2) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. The undersigned judge will conduct the hearing from the chambers of Judge Frederick P. Stamp, Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

      IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:    December 9, 2009

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE
