```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

DICKSTEIN SHAPIRO LLP,

      Plaintiff,

v.                                        Civil Action No. 1:08CV226
                                                              (STAMP)
DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE NAVY,

      Defendants.

**ORDER SCHEDULING TELEPHONIC STATUS AND SCHEDULING CONFERENCE**

The undersigned judge is presiding over this case by assignment and is currently conducting an <u>in camera</u> review of the subject documents. Given the recent decision of the United States Supreme Court in <u>Milner v. Department of the Navy</u>, No. 09-1163, 2011 WL 767699 (U.S. Mar. 7, 2011), and its potential impact on this case, this Court finds that it would be beneficial to hold a status and scheduling conference in this matter. This Court also plans to discuss certain discrepancies between the <u>Vaughn</u> indices and the documents submitted by the defendants, as well as the procedure by which the plaintiff identified documents for disclosure. Accordingly, it is therefore ORDERED that the parties, by counsel, appear by telephone before the Court at the Wheeling point of holding Court for a telephonic status and scheduling conference on **March 21, 2011 at 1:15 p.m.**

Prior to the conference, counsel shall meet and confer to decide what pending issues as to alleged exemptions can be resolved by counsel prior to the conference.

Plaintiff's counsel shall (1) advise the Court as soon as possible before the hearing of the name of the attorney who will initiate the conference call and the names of all attorneys appearing by telephone; and (2) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference.  The undersigned judge will conduct the hearing from the chambers of Judge Frederick P. Stamp, Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:    March 14, 2011

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE