IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DICKSTEIN SHAPIRO LLP,

     Plaintiff,

v.                                            Civil Action No. 1:08CV226
                                                         (STAMP)
DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE NAVY,

     Defendants.

**<u>ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME</u>**

On March 15, 2011, the defendants in the above-styled civil action filed an unopposed motion and memorandum in support thereof for an extension of time. Specifically, the defendants request that this Court reschedule the March 21, 2011 telephonic status and scheduling conference for March 29, 2011. In support of this motion, the defendants state that the requested extension will facilitate their ability to fully respond to the Court's inquiries by allowing them to coordinate with multiple agencies and components and determine an official government position on the exemptions that may be implicated by the <u>Milner v. Department of the Navy</u> decision. Additionally, the defendants state that an extension will provide them with an opportunity to review the records submitted to the Court <u>in camera</u>, prepare for questions from the Court, and meet and confer regarding the claimed exemptions.

For good cause shown, the defendants' unopposed motion for an extension of time is GRANTED. Because this Court currently has a

jury trial scheduled for March 29, 2011, the parties shall appear by telephone for a status and scheduling conference on **March 29, 2011 at 12:00 p.m.**  Should the criminal trial be vacated, the telephonic status and scheduling conference in this case will be rescheduled for **March 29, 2011 at 1:15 p.m.**  Thus, the parties are DIRECTED to ensure their availability at that time.

    IT IS SO ORDERED.

    The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED:    March 16, 2011

/s/ Frederick P. Stamp, Jr.  
FREDERICK P. STAMP, JR.  
UNITED STATES DISTRICT JUDGE