```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

DICKSTEIN SHAPIRO LLP,

      Plaintiff,

v.                                    Civil Action No. 1:08CV226
                                               (STAMP)
DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE NAVY,

      Defendants.

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

On June 17, 2011, the parties in the above-styled civil action filed a stipulation of dismissal with prejudice. In this stipulation, the parties state that they have negotiated settlement terms and that settlement of this matter has been approved by the parties' authorized representatives. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff voluntarily dismisses this action with prejudice.

For good cause shown, the parties' stipulation of dismissal with prejudice is APPROVED. It is further ORDERED that this case be DISMISSED and STRICKEN from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:    July 11, 2011

                                      /s/ Frederick P. Stamp, Jr.
                                      FREDERICK P. STAMP, JR.
                                      UNITED STATES DISTRICT JUDGE